# United States Bankruptcy Court

Western District of New York

SIMARIS DIAZ  
132 CHERRY RD  
ROCHESTER, NY 14612

Case No.: 05-23732  
SS #1: XXX-XX-5266

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 07 | 26 | 05 | The Plan was confirmed on | | 08 | 29 | 05 | The Case was concluded on | | 05 | 15 | 08 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors. $ 19,018.20

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| SIMARIS DIAZ | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE HOME FINANCE | 004 | Secured | 2,060.79 | 2,060.13 | 393.57 | 0.66 |
| NUVELL CREDIT COMPANY LLC | 014 | Secured | 10,125.00 | 10,125.00 | 2,027.80 | 0.00 |
| 500FASTCASH | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE | 002 | Unsecured | 472.33 | 92.77 | 0.00 | 0.00 |
| CBCINNOVIS | 003 | Unsecured | 395.00 | 77.58 | 0.00 | 0.00 |
| CREDITORS COLLECTION SERV | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DISCOVER | 006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DISCOVER FINANCIAL SERVIC | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ECAST SETTLEMENT CORPORAT | 009 | Unsecured | 775.52 | 152.31 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORAT | 011 | Unsecured | 531.88 | 104.46 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORAT | 008 | Unsecured | 820.83 | 161.21 | 0.00 | 0.00 |
| HSBC NV | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MERCANTILE ADJUSTMENT BUR | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MERRICK BANK | 013 | Unsecured | 1,536.94 | 301.86 | 0.00 | 0.00 |
| ONE CLICK CASH | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TARGET NATIONAL BANK | 016 | Unsecured | 291.83 | 57.32 | 0.00 | 0.00 |
| ROSICKI, ROSICKI & ASSOC | 017 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| NUVELL CREDIT COMPANY LLC | 014 | Unsecured | 5,765.30 | 1,132.30 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCI | 018 | Unsecured | 1,927.03 | 378.47 | 0.00 | 0.00 |
| DENTAL ASSOCIATES OF ROCH | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIRST ROCHESTER COMMUNITY | 020 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ROCHESTER GAS & ELECTRIC | 021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SONIC CASH | 022 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TIME WARNER CABLE | 023 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ROCHESTER GAS & ELECTRIC | 024 | Unsecured | 998.14 | 196.03 | 0.00 | 0.00 |
| CAPITAL ONE | 025 | Unsecured | 1,057.24 | 207.64 | 0.00 | 0.00 |

# United States Bankruptcy Court

Western District of New York

SIMARIS DIAZ
132 CHERRY RD
ROCHESTER, NY 14612

Case No.: 05-23732
SS #1: XXX-XX-5266

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 07 | 26 | 05 | | The Plan was confirmed on | 08 | 29 | 05 | | The Case was concluded on | 05 | 15 | 08 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors. $ 19,018.20

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| SIMARIS DIAZ | 999 | Refund | 492.95 | 492.95 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 12,185.79 | 0.00 | 14,572.04 | 0.00 | 492.95 | 27,250.78 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 12,185.13 | 0.00 | 2,861.95 | 0.00 | 492.95 | 15,540.03 | |
| INTEREST PAID | 2,421.37 | 0.00 | 0.00 | 0.00 | 0.00 | 2,421.37 | 17,961.40 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| KATHIA M CASION | 200.00 | 200.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE | TRUSTEE COMPENSATION | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 428.40 | 428.40 | 0.00 | 856.80 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

/s/ George M. Reiber
George M. Reiber

Certificate of Service

The undersigned hereby certifies that a copy of this Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on 08/05/2008, to the debtor, attorney for the debtor, and the United States Trustee.

For signature, reference Trustee file copy